# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTWON LANE** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 20-6033** |
| | : | |
| **FEA INDUSTRIES, INC.** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 21st day of October, 2022, upon consideration of Defendant FEA Industries, Inc's ("FEA") Motion for Summary Judgment (ECF No. 16), all papers filed in support thereof and in opposition thereto, and for the reasons set forth in the accompanying Memorandum filed by the Court, it is hereby **ORDERED** that Defendant's motion is **GRANTED**.

**THIS ACTION IS DISMISSED WITH PREJUDICE.** The Clerk of Court shall mark this matter **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**